NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOISES AVALOS, | Case No.: 2:19-cv-00049-RGK-RAO |
| Plaintiff, | (Hon. R. Gary Klausner) |
| vs. | |
| BETTINA HUTCHINSON, an individual and a former deputy sheriff with the County of Los Angeles, COUNTY OF LOS ANGELES, a political subdivision of the State of California; DETECTIVE ALEX SMITH; LIEUTENANT MARGARITA VELAZQUEZ, CAPTAIN PATRICK A. NELSON, DETECTIVE NATHAN GRIMES, SGT T. BERUSER and DOES 1-50, | **[PROPOSED] JUDGMENT ON DEFENDANT, BETTINA HUTCHINSON'S MOTION FOR SUMMARY JUDGMENT** |
| | **Action Filed:** November 21, 2018 |
| | **Action Removed:** January 3, 2019 |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

~~Defendant, BETTINA HUTCHINSON's Motion for Summary Judgment, came on regularly for hearing on December 23, 2019 at 1:30 p.m. in~~

1 | ~~Courtroom 850, 8th Floor, of the above-entitled Court, and the evidence~~
2 | ~~presented having been fully considered, the issues having been duly heard, and~~
3 | ~~the decision having been duly rendered,~~ IT IS ORDERED AND ADJUDGED
4 | that:

(1) ~~Plaintiff MOISES AVALOS shall take nothing against Defendant, BETTTINA HUTCHINSON;~~

~~(2)~~ Defendant, BETTINA HUTCHINSON shall have judgment against Plaintiff, MOISES AVALOS on each of the claims alleged against her; ~~and~~

(3) ~~Defendant BETTINA HUTCHINSON shall be entitled to costs pursuant to Federal Rules of Civil Procedure, Rule 54(d).~~

**IT IS SO ORDERED.**

DATED:  January 7, 2020

_____
Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE